No. 00–1072. EDELMAN *v.* LYNCHBURG COLLEGE. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition. 

No. 00–1531. VERIZON MARYLAND INC. *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and

No. 00–1711. UNITED STATES *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. Certiorari granted limited to Question 2 presented by each petition, cases consolidated, and a total of one hour allotted for oral argument. Cases set for oral argument in tandem with No. 00–878, *Mathias et al.* v. *WorldCom Technologies, Inc., et al.* [certiorari granted, 532 U. S. 903]. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. 

No. 00–6029. RAGSDALE ET AL. *v.* WOLVERINE WORLD WIDE, INC. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the question presented by the Solicitor General in his brief for the United States as *amicus curiae.* 

No. 00–9280. KELLY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 99–7760. PURTUE *v.* GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–720. CHUBB & SON, INC. *v.* ASIANA AIRLINES. C. A. 2d Cir. Certiorari denied. 

No. 00–1332. NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied. 

No. 00–1472. COWAN, WARDEN *v.* WILKINSON. C. A. 7th Cir. Certiorari denied. 

No. 00–1473. GOLDSTEIN ET AL. *v.* CHAO, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.